1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  Marc Price Wolf (CABN 254495)
   Special Assistant United States Attorney
5      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7200
       Fax: (415) 436-7234
7      E-Mail: marc.wolf@usdoj.gov

8  Attorneys for United States of America

FILED

SEP 2 7 2013

RICHARD W. WI...
CLERK, U.S. DISTRICT ...
NORTHERN DISTRICT OF ...

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 13-440 MAG |
| v. | NOTICE OF DISMISSAL AND [~~PROPOSED~~] ORDER |
| JOASH BEKELE, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above case without prejudice.

DATED: September 26, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
MARC PRICE WOLF
Special Assistant United States Attorney

NOTICE OF DISMISSAL (Case No. 13-440 MAG)

Leave is granted to the government to dismiss the information without prejudice.

Date: 9/27/2013

_____
Nathanael Cousins
United States Magistrate Judge